# Exhibit C

Tuesday, April 7, 2020 at 11:58:00 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | COW2019501266 - expedited request status inquiry |
| **Date:** | Monday, February 3, 2020 at 2:17:37 PM Eastern Standard Time |
| **From:** | Scott Shuchart |
| **To:** | FOIAPAQuestions@uscis.dhs.gov |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png, image005.png, USCIS guidance 3rd country transit.pdf |

USCIS FOIA/PA,

I am writing in the hope there might be any additional information available on your response to this request. The first.uscis.gov tracker, which I appreciate has its limits, shows an estimated completion date for this request of 10/27/2019. It is now more than three months past that date, and more than four months since this very straightforward request for policy documents was submitted.

This document request was submitted with a request that it be subject to expedited processing (see attached original request). Your acknowledgement letter (dated Sept. 19, 2019), failed to address whether expedited processing was being granted. (Nor did it address our request for a fee waiver.) We would appreciate an update as to when these documents might be available consistent with the warranted request for expedited processing.

If you have any questions about this request I am available by phone or e-mail.

Yours,

Scott Shuchart

**Scott Shuchart, Esq.**
Senior Director for Legal Strategy
Kids in Need of Defense (KIND)
1201 L Street, NW, Floor 2
Washington, DC 20005
tel: (202) 318-0595
mobile: (646) 696-7927
sshuchart@supportkind.org



**Confidentiality Notice:** *The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.*