# Exhibit E



Elaine Herrmann Blais
+1 617 570 1205
eblais@goodwinlaw.com

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210

goodwinlaw.com
+1 617 570 1000

March 5, 2020

**VIA EMAIL AND U.S. PRIORITY MAIL**

Jill Eggleston
FOIA Public Liaison
US Citizenship and Immigration Services National Records Center
FOIA/PA Office
P.O. Box 648010
Lee's Summit, MO 64064

RE: COW2019501266

Dear Ms. Eggleston:

I write regarding Freedom of Information Act Request Control Number COW2019501266 ("the Request"), submitted by Scott Shuchart for Kids in Need of Defense (KIND) on September 12, 2019. We represent KIND regarding this FOIA matter. The Request sought the following information regarding USCIS's implementation of the interim final rule "Asylum Eligibility and Procedural Modifications," 84 Fed. Reg. 33,829 (July 16, 2019):

- An e-mail from Asylum Division Chief John Lafferty dated on or about July 15, 2019, attaching a guidance document titled "Interim Final Rule—Asylum Eligibility and Procedural Modifications";

- Any updated or different guidance document issued to Asylum Division staff on or about Sept. 12, 2019, regarding the status of the interim final rule following the Supreme Court's Sept. 11 stay order; and

- Any further guidance subsequently issued until the date of USCIS's final response to the Request.

Pursuant to your letter dated September 19, 2019, the Request was placed on Track 1 and originally had an estimated completion date of October 26, 2019. No documents were produced by that date, and your office did not seek any additional information. Further, your office did not provide notice in writing of any exceptional circumstances, despite the statutory deadlines having passed.

As of your February 18, 2020 letter, the Request has been transferred to Track 2. The estimated completion date for the Request is March 25, 2020. We expect your office to provide the requested documents by March 25, 2020. To the extent that your office does not, we intend to file suit under



Jill Eggleston
March 5, 2020
Page 2


5 U.S.C. § 552(a)(6)(C) on or about March 26, 2020.

Sincerely,

*Elaine Herrmann Blais* /s.j.f.

Elaine Herrmann Blais


cc:   Scott Shuchart, Kids in Need of Defense (KIND)

      Chief Privacy Officer/Chief FOIA Officer
      Privacy Office, Mail Stop 0655
      Department of Homeland Security
      2707 Martin Luther King Jr. AVE SE
      Washington, DC 20528-065